## John HENSON v. STATE.

### No. 16273.

Court of Criminal Appeals of Texas.

Oct. 11, 1933.

M. E. Cain, of Liberty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to murder; punishment, two years in the penitentiary.

We find with this record appellant's affidavit in proper form asking that he be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.

## Clyde HERRINGTON v. STATE.

### No. 16264.

Court of Criminal Appeals of Texas.

Oct. 11, 1933.

Jesse Owens, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## W. D. HINCHLIFFE v. STATE.

### No. 16187.

Court of Criminal Appeals of Texas.

Oct. 25, 1933.

J. Webb Stollenwerck, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is aggravated assault; the punishment assessed at a fine of $25.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.